UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-20104-CR-JEM(s)(s)(s)

**UNITED STATES OF AMERICA,**

vs.

**ARCANGEL PRETEL ORTIZ, et al.,**

    **Defendants.**

_____/

**GOVERNMENT'S ADMITTED EXHIBITS**

Pursuant to Local Rule 5.3(b)(2) and the April 4, 2023 Order of the Honorable Lauren F. Louis, the United States of America hereby files the below-identified exhibits admitted at the detention hearing in the above-referenced matter dated February 17, 2023. ECF Nos. 130 and 199.

| Exhibit No. | Description of Exhibit |
|---|---|
| 1 | Photograph of Whiteboard |
| 2 | May 6, 2021 Communication Sharing Photograph of Whiteboard |
| 3 | May 19, 2021 Fund Draw Request to Worldwide Regarding Christian Sanon |

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    */s/ Monica K. Castro*
       Monica K. Castro
       Assistant United States Attorney
       Special Prosecutions
       Court ID. A5502776
       99 Northeast 4th Street, 5th Floor
       Miami, Florida 33132
       Monica.Castro@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Monica K. Castro*
Monica K. Castro
Assistant United States Attorney