UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-JEM(s)(s)(s)

**UNITED STATES OF AMERICA,**

**v.**

**ARCANGEL PRETEL ORTIZ, et al.,**

**Defendants.**
_____/

**<u>CERTIFICATION OF COMPLIANCE REGARDING ADMITTED EVIDENCE</u>**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby certifies the following regarding the government's exhibits entered into evidence at the February 17, 2023 detention hearing in the above-referenced matter:

Check the applicable sections:

[X]   ALL EXHIBITS E-FILED: All documentary exhibits and photographs of non-documentary physical exhibits admitted into evidence have been electronically filed in CM/ECF.

[ ]   EXHIBITS NOT E-FILED:  Some documentary exhibits and/or physical exhibits admitted into evidence cannot be electronically filed `in CM/ECF.  This includes sealed criminal exhibits and contraband.  The following identifies those exhibit numbers that have been retained by the Clerk, and separately identifies those exhibit numbers retained by this filing party.

Retained by the Clerk :  All exhibits

Retained by the filing party:

[ ] AUDIO/VIDEO EXHIBITS:  The following audio and/or video exhibits were entered into evidence during these proceedings

Any original exhibits that have been returned or retained by the filing party after electronic filing shall be kept for safekeeping until the conclusion of any appeals.  Upon order of the court,

the filing party agrees to return the original exhibits to the Clerk of the Court.

  This Certificate shall be filed within ten (10) days of the conclusion of the trial or relevant proceedings.  Failure to timely comply with the requirements of Administrative Order 2016-70 governing the Electronic Filing of Exhibits may result in the imposition of sanctions.

Signature:  /s/ Monica K. Castro      Date: April 5, 2023

               Respectfully submitted,

               MARKENZY LAPOINTE
               UNITED STATES ATTORNEY

      By:   /s/ Monica K. Castro
          Assistant United States Attorney
          Court ID No. A5502776
          U.S. Attorney's Office
          Southern District of Florida
          99 N.E. 4th Street
          Miami, FL 33132-2111
          Telephone: (305) 961-9000
          Email: Monica.Castro@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on 5th day of April 2023, with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Monica K. Castro*
Assistant United States Attorney